**712** MICHIGAN CENTRAL RAILROAD COMPANY vs. PROBATE JUDGE (Tuscola), 48 M., 638.

To vacate an order confirming the report of commissioners, respecting the condemnation of lands in which relator is concerned, on the application of another railroad company.

Granted April 18, 1882.


**713** CAHOON vs. CIRCUIT JUDGE (Jackson), No. 12707½.

To arrest judgment.

Order to show cause denied April 12, 1892.

Relator was convicted of assault and battery upon an information, charging an assault with intent to do great bodily harm, less than the crime of murder, and it was insisted he could not be convicted of assault and battery under such an information. See No. 733.


**714** FIRE ASSOCIATION OF PHILA. vs. CIRCUIT JUDGE (Iosco), No. 14965½.

To set aside a judgment rendered against relator as garnishee, upon a jury trial, and during which the garnishee defendant insisted that there was no issue for the jury to try, and moved for judgment in its favor.

Order to show cause denied June 18, 1895, on the ground that relator's remedy is by writ of error.